■ SELMA KEY, Individually and as Executrix of ALEXANDER LEVINGER, Deceased, et al., Respondents, v. ALEXANDER V. GRABOWSKI, Appellant.— In an action to recover damages for wrongful death and for personal injuries, defend-

ant appeals from an order of the Supreme Court, Westchester County, entered July 27, 1973, which granted plaintiffs' motion for summary judgment and ordered an "inquest". Order modified by striking therefrom the word "inquest" and substituting therefor the phrase "assessment of damages". As so modified, order affirmed, with $20 cost and disbursements to respondents. In our opinion, an assessment of damages is required. Gulotta, P. J., Hopkins, Martuscello and Latham, JJ., concur.